IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA



Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:22cr 145 |
| | 18 U.S.C. § 922(o)<br>Possess and Transport Machinegun<br>(Count One) |
| ZANTIAS TYLER,<br>*Defendant.* | |

# INDICTMENT

OCTOBER 2022 TERM - At Richmond

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Possession of a Machinegun)

From as early as in or about May 2022, up to and including the date of this Indictment, in the Eastern District of Virginia, the defendant, ZANTIAS TYLER, did knowingly possess and transport multiple machineguns, specifically, multiple devices know as "switches," and also commonly known as "conversion switches," designed and intended solely and exclusively for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

(In violation of Title 18, United States Code, Sections 921(a)(24), 922(o) and Title 26, United States Code, Section 5845(b)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of either of the offenses charged in Count One of this Indictment, he shall forfeit any firearms or ammunition involved in or used in any knowing violation of the offenses charged. Property subject to forfeiture includes, but is not limited to, the following:

**All devices known as "Switches" and/or "Conversion Switches," as well as any combination of parts designed and intended for use in converting a weapon into a machinegun, and any and all accompanying ammunition.**

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)).

A TRUE BILL

_____
FOREPERSON

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

JESSICA D. ABER
UNITED STATES ATTORNEY

By: *Peter Duffey*
Peter S. Duffey
Assistant United States Attorney

2