# GRAND JURY RETURNS
## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Date **10/4/22**                          Judge **Colombell**, USMJ

Grand Jury Panel # **22-1**               Grand Jury Foreperson (**Y**)

Court Reporter **Racheal Steck**          Counsel for Govt **Brian Hood (w)**
**County Court Reporters**

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:
1. US v **Sealed**
2. US v **Sealed**
3. US v **Tyler**
4. US v **Powlowsky**

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:
1. US v **Sealed**
2. US v **Monroe**
3. US v **Myrick**
4. US v **Thomas**

On motion of the Government, SUMMONS shall be issued as follows:
1. US v _____
2. US v _____
3. US v _____

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:
1. US v **Sykes**
2. US v **Miles**
3. US v **Roderick**
4. US v _____

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:
1. US v _____
2. US v _____

Additional Motions, etc: _____

Began: **3:35**     Ended: **3:41**     Time in Court: **6 minutes**