CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL
REPORTER: FTR

DOCKET NO. 3:22cr145
DATE: 10/6/22

UNITED STATES OF AMERICA
v.

COUNSEL

1. **Zantais Tyler**
Deft appeared via VTC ( ) ZOOM ( )

1. **Mary Maguire** (w)

**APPEARANCES:** GOVERNMENT **Peter Duffey** (✓)
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**
DATE OF ARREST: **10/6/22** GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES (✓) DEFT ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( ) COUNSEL ~~TO BE~~ APPOINTED (✓) **Carolyn Grady**
DEFT TO RETAIN COUNSEL ( ) **Previously**
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION (✓)
DEFT REMANDED (✓) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____

CASE CONTINUED TO: **10/12/22 @ 3:00 PM** FOR **Detention**
CASE SET: **2:00** BEGAN: **1:59** ENDED: **2:06** TIME IN COURT: **7 minutes**